# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL MONTENEGRO FLORES,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN,<br><br>Respondent. | Case No. 1:18-cv-00707-LJO-SAB-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND<br><br>(ECF Nos. 8, 14) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 1, 2018, the Magistrate Judge issued Findings and Recommendation to grant Respondent's motion to dismiss and to dismiss the petition for writ of habeas corpus with leave to amend. (ECF No. 14). This Findings and Recommendation was served on the parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of that order. To date, the parties have filed no objections, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the matter. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on November 1, 2018 (ECF No. 14) is ADOPTED IN FULL;
2. Respondent's motion to dismiss (ECF No. 8) is GRANTED;
3. The petition for writ of habeas corpus (ECF No. 1) is DISMISSED with leave to amend. Within **SIXTY (60) days** from the date of service of this order, Petitioner may file an amended petition for writ of habeas corpus that is signed under penalty of perjury; and
4. If Petitioner fails to file an amended petition, the instant habeas action will be CLOSED.

IT IS SO ORDERED.

Dated: **December 12, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE