# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL MONTENEGRO FLORES,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Respondent. | Case No. 1:18-cv-00707-LJO-SAB-HC<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR PORTIONS OF THE RECORD<br><br>(ECF No. 17) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 28, 2018, Petitioner filed a motion requesting a copy of his original writ of habeas corpus and a copy of the docket in this action. (ECF No. 17.)

The Clerk's Office does not provide free copies of documents to parties. In this instance, the Court shall have Petitioner provided with a copy of his original state petition for a writ of habeas corpus and a copy of the docket in this matter. However, if Petitioner needs copies of the additional exhibits attached to his federal petition, a request may be made through the Clerk's Office at a charge of $.50 per page. Petitioner may request a copy of the documents from the Clerk of the Court by mailing a request specifying the documents required and enclosing payment and a postage page return envelope.

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall send Petitioner a copy of pages 9 through 16 of the petition for a writ of habeas corpus filed May 24, 2018 (ECF No. 1) and a copy of the docket for this case.

IT IS SO ORDERED.

Dated:   **January 2, 2019**

_____
UNITED STATES MAGISTRATE JUDGE